UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI SUN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>        Defendants. | Case No. 24-cv-03051-NC<br><br>**ORDER TO SHOW CAUSE AS TO DISMISSAL FOR FAILURE TO SERVE**<br><br>Re: ECF 1, 3, 5 |

On August 16, 2024, the Court issued an Order reminding Plaintiff Hui Sun that she must serve the complaint and summons on the defendants within 90 days of the filing of her complaint and must provide proof of service to the Court. ECF 5; *see* Fed. R. Civ. P. 4(*l*), (m). The Court cautioned that failure to do so could result in the dismissal of this action. ECF 5.

Plaintiff filed her complaint on May 21, 2024, and the clerk of the Court issued summons to Plaintiff for service on the defendants on the same day. ECF 1, 3. Ninety days have passed since Plaintiff filed her complaint, but she has not provided any proof of service showing that the defendants were served in a timely manner, as required by Federal Rule of Civil Procedure 4(*l*) and previously ordered by the Court. *See* ECF 5.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the

plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Plaintiff is therefore ordered to show cause by filing a written statement by October 22, 2024, explaining why her case should not be dismissed for failure to serve the defendants within 90 days, or identifying good cause as to why she was unable to do so.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge